WALTER M. GORHAM, Respondent, *v.* WILLIAM A. ROGERS et al., Appellants, Impleaded with Others.

*Gorham* v. *Rogers,* 103 App. Div. 595, affirmed.
(Argued May 11, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Martin Conboy* for appellants.

*Howard Taylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: WERNER, J.

———————

LUCIUS H. BEERS, as Substituted Trustee under the Will of DE FOREST MANICE, Deceased, Plaintiff, *v.* CAROLINE A. GRANT et al., Respondents, and JAMES TUTTLE SMITH, Individually and as Executor of FRANCIS I. SMITH, Deceased, Appellant.

(Submitted May 14, 1906; decided May 25, 1906.)

Motion to amend remittitur denied. (See 185 N. Y. 533.)

———————

MAX BACHMAN, Respondent, *v.* CHARLES H. HARRINGTON, as President of the ROCHESTER MUSICIANS' PROTECTIVE ASSOCIATION, Appellant.

(Submitted May 14, 1906; decided May 25, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 184 N. Y. 458.)